[No. 6802-1. Division One. July 16, 1979.]

THE CITY OF SEATTLE, *Respondent,* v. CHARLES
W. HOPKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84087, David C. Hunter, J., entered July 6,
1978. *Affirmed* by unpublished per curiam opinion.

[No. 6810-1. Division One. July 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
K. BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79849, T. Patrick Corbett, J., entered July 21,
1978. *Remanded* by unpublished opinion per James, J.,
concurred in by Swanson, A.C.J., and Andersen, J.

[No. 6866-1. Division One. July 16, 1979.]

RICHARD LEE STUBBS, *Appellant,* v. THE DEPART-
MENT OF MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 818027, F. A. Walterskirchen, J. Pro Tem.,
entered August 3, 1978. *Affirmed* by unpublished opinion
per Andersen, J., concurred in by Dore and Ringold, JJ.